UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT E. MONAGHAN,<br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>    Defendant. | Civil Action No.<br>17-10556-NMG |

## ORDER

**GORTON, J.**

Plaintiff Robert E. Monaghan, who appears pro se, initiated this action to challenge a final, adverse decision of the Commissioner of Social Security. The Commissioner filed an answer that, among other things, admitted this Court's jurisdiction pursuant to 42 U.S.C. § 1383(c)(3) and stated that this action concerns the Commissioner's final decision that plaintiff is not eligible for participation in the Plan to Achieve Self Support Program ("PASS.").

By Procedural Order dated December 20, 2017, the Court set a schedule with filing deadlines. In response to a request by plaintiff for additional time, the Court entered an Electronic Order dated February 12, 2018, granting plaintiff's motion to delay, continue or reschedule and reset the filing deadlines. The Electronic Order provided a revised schedule which, among other deadlines, provided plaintiff a deadline of April 12, 2018

to file his Motion for Order Reversing the Commissioner's Decision or for other relief and a supporting memorandum.

On June 12, 2018, two months after the deadline for plaintiff to file his motion, plaintiff filed a one-page letter, seeking a continuance.  In light of plaintiff's pro se status, the Court will grant an extension of time until July 31, 2018.  No further extensions will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. No. 25) for a second extension of time is GRANTED and **plaintiff must serve and file, no later than July 31, 2018**, his Motion for Order Reversing the Commissioner's Decision or for other relief; and a supporting memorandum, not to exceed, without leave of court, 20 pages double spaced.  No further extensions will be granted.

2. The Commissioner must serve and file her Motion for Order Affirming the Decision of the Commissioner, or for other relief, by September 11, 2018.  Within 14 days after the Commissioner files her Motion, Plaintiff may serve and file a reply memorandum within 14 days.  The Commissioner may serve and file a sur-reply within 14 days thereafter.

**So ordered.**

                                          _/s/ Nathaniel M. Gorton__
                                          Nathaniel M. Gorton
                                          United States District Judge

Dated: July 2, 2018