```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ROBERT E. MONAGHAN,     )<br>     Plaintiff,            )<br>                         )<br>          v.             )<br>                         )<br> NANCY A. BERRYHILL,     )<br>     Defendant.           )<br>                         )<br>                         ) | Civil Action No.<br>17-10556-NMG |

### ORDER

**GORTON, J.**

Plaintiff Robert E. Monaghan, who appears pro se, initiated this action to challenge a final, adverse decision of the Commissioner of Social Security.

By Procedural Order dated December 20, 2017, the Court set a schedule with filing deadlines. In response to a request by plaintiff for additional time, the Court entered an Electronic Order dated February 12, 2018, granting plaintiff's motion to delay, continue or reschedule and reset the filing deadlines. The Electronic Order provided a revised schedule which, among other deadlines, provided plaintiff a deadline of April 12, 2018 to file his Motion for Order Reversing the Commissioner's Decision or for other relief ("Motion") and a supporting memorandum.

On June 12, 2018, two months after the deadline for plaintiff to file his Motion, plaintiff filed a one-page letter,

seeking a continuance. In light of plaintiff's pro se status, on July 2, 2018, the Court granted an extension until July 31, 2018 to file his Motion and a supporting memorandum. The Court warned plaintiff that no further extensions would be granted.

The July 31, 2018 deadline has expired, and plaintiff has not filed the required Motion. The only documents plaintiff has filed are a letter (docket entry #27) in which he asks that the New York State Bar Association posthumously disbar two attorneys for "crimes of child abuse" and a "Motion for Evidentiary Discovery via Motion for Exhumation of Remains" (docket entry #28). These documents do not appear to have any relevance to this action, and they certainly are not responsive to the Court's July 2, 2018 order.

Accordingly, the Court hereby orders that this action be DISMISSED for Plaintiff's failure to comply with the Court's Order that he file a Motion for Order Reversing the Commissioner's Decision or for other relief and supporting memorandum.

**So ordered.**

                                           _/s/ Nathaniel M. Gorton
                                           Nathaniel M. Gorton
                                           United States District Judge

Dated: 10/25/18